| | |
|---|---|
| **ATTORNEY'S NAME:** | Lamothe, Alexandra 25749 |
| **AND ADDRESS:** | 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2301 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2021-08869 | DIVISION: N | SECTION: 08 |
|---|---|---|
| | BROWN, CHRISTOPHER | |
| | Versus | |
| | SHEPARD, COLLIN ET AL | SERVED ON |
| | | R. KYLE ARDOIN |
| | **CITATION** | |
| | | **DEC 2 1 2021** |

TO:             SENTRY INSURANCE GROUP

THROUGH:   ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE
                        SECRETARY OF STATE
                        8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809
                        COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 5, 2021

| | |
|---|---|
| Clerk's Office, Room 402, Civil Courts | **CHELSEY RICHARD NAPOLEON**, Clerk of |
| 421 Loyola Avenue | The Civil District Court |
| New Orleans, LA | for the Parish of Orleans |
| | State of LA |
| | by _____ |
| | Celeste Hunter, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON SENTRY INSURANCE GROUP | ON SENTRY INSURANCE GROUP |
| THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SENTRY INSURANCE GROUP** being absent from the domicile at time of said service. |
| No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER     RETURN | |
| / / | |
| SERIAL NO.   DEPUTY   PARISH | |

2021-08869

N

Section 8

Case 2:22-cv-00123-EEF-KWR   Document 1-1   Filed 01/20/22   Page 2 of 12

FILED
2021 OCT 29  P 02:43
CIVIL
DISTRICT COURT

**CIVIL DISTICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.                                                                DIVISION " "

**CHRISTOPHER BROWN**

**VERSUS**

**COLLIN BLAISE SHEPARD, BLACKWATER TURF, L.L.C., FLORISTS' MUTUAL INSURANCE COMPANY, HORTICA INSURANCE COMPANY, SENTRY INSURANCE GROUP, AND USAA CASUALTY INSURANCE COMPANY**

FILED: _____        _____
                                                                Deputy Clerk

## PETITION FOR DAMAGES

The Petition of **CHRISTOPHER BROWN**, a person of the full age of majority and resident of the Parish of St. Tammany, State of Louisiana, respectfully represents:

1.

Made Defendants herein are:

a. **COLLIN BLAISE SHEPARD**, a person of full age of majority who, upon information and belief, is domiciled at 21148 Brewton Road, Robertsdale, AL 36567;

b. **BLACKWATER TURF, L.L.C.**, upon information and belief, a foreign corporation organized and domiciled in the State of Alabama whose agent for service is Haymes S. Snedeker, 805 Trione Avenue, Daphne, AL 36526;

c. **FLORISTS' MUTUAL INSURANCE COMPANY**, upon information and belief, a foreign corporation organized and domiciled in the State of Illinois whose agent for service is Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809;

d. **HORTICA INSURANCE COMPANY**, upon information and belief, a foreign insurance company licensed to and doing business in the State of Louisiana whose agent for service is 1 Horticultural Lane, Edwardsville, IL 62025;

e. **SENTRY INSURANCE GROUP**, upon information and belief, a foreign insurance company licensed to and doing business in the State of Louisiana whose agent for service is Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809; and

f. **USAA CASUALTY INSURANCE COMPANY**, upon information and belief, a foreign insurance company licensed to and doing business in the State of Louisiana whose agent for service is Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2.

Defendants herein are jointly and in solido liable and indebted unto Petitioner for such damages as are reasonable in the premises, including property damage, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain

2021-08869
N
Section 8
Case 2:22-cv-00123-EEF-KWR Document 1-1 Filed 01/20/22 Page 3 of 12
FILED
2021 OCT 29 P 02:43
CIVIL
DISTRICT COURT

and suffering, medical expenses, rental expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about November 13, 2021, an accident occurred on Interstate 10 near milepost 254 in the City of New Orleans, State of Louisiana. The accident involved a Commercial Truck, traveling eastbound on Interstate 10, operated by **COLLIN BLAISE SHEPARD** which, upon information and belief, was owned by **BLACKWATER TURF, L.L.C.** At the same time and place, Petitioner, **CHRISTOPHER BROWN**, was operating a 2013 Dodge Challenger, in the middle lane, also traveling eastbound on Interstate 10, when suddenly and without warning, Defendant driver, **COLLIN BLAISE SHEPARD**, while he was in the course and scope of his employment and/or while under the supervision of Defendant **BLACKWATER TURF, L.L.C.**, carelessly operating his vehicle, merged into the middle lane occupied by Petitioner, **CHRISTOPHER BROWN**, slamming into the front driver's side of Petitioner's vehicle.

4.

The proximate cause of the above-referenced accident was the negligence and fault of Defendant, **COLLIN BLAISE SHEPARD**, which includes but is not limited to the following non-exclusive particulars:

   a. In failing to maintain control of the vehicle under his control;

   b. In failing to see what he should have seen;

   c. In failing to take necessary actions to avoid the collision;

   d. In failing to keep a good and careful lookout;

   e. In failing to make timely application of the brakes;

   f. In failing to maintain reasonable and proper control of the vehicle which he was operating;

   g. Operating his vehicle in a careless and/or reckless manner without regard for the safety of others;

   h. Any and all other acts of negligence which may be proven at the trial of this matter.

2021-08869
N
Section 8

Case 2:22-cv-00123-EEF-KWR   Document 1-1   Filed 01/20/22   Page 4 of 12

FILED
2021 OCT 29   P 02:43
CIVIL
DISTRICT COURT

5.

The proximate cause of the above-referenced accident was the negligence and fault of Defendant, **BLACKWATER TURF, L.L.C.**, through respondeat superior and/or through its direct negligence which includes but is not limited to the following non-exclusive particulars:

1. Failure to establish adequate rules, regulations, and procedures for its hired drivers;

2. Allowing inexperienced or untrained agents, servants, contractors, lessors, or employees, and specifically **COLLIN BLAISE SHEPARD**, to operate tractor-trailers on its behalf;

3. Failure to adequately and effectively supervise its contractors/lessors/employees/drivers, and specifically **COLLIN BLAISE SHEPARD**;

4. Any and all other acts of negligence which may be proven at the trial of this matter.

6.

As a result of the above-referenced accident and negligence of Defendants, Petitioner **CHRISTOPHER BROWN** suffered severe and disabling injuries was caused to suffer, and will continue to suffer in the future, loss of consortium, loss of wages, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of his marital relationship and are entitled to recover such damages as are reasonable under the circumstances.

7.

Petitioner, **CHRISTOPHER BROWN**, alleges that, upon information and belief, Defendant, **COLLIN BLAISE SHEPARD** and/or **BLACKWATER TURF, L.L.C.**, had a liability policy of insurance with **FLORISTS' MUTUAL INSURANCE COMPANY**, on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said Defendant, **FLORISTS' MUTUAL INSURANCE COMPANY**, liable unto Petitioner with the other named Defendants.

8.

Petitioner, **CHRISTOPHER BROWN**, alleges that, upon information and belief, Defendant, **HORTICA INSURANCE COMPANY**, had a liability policy of insurance with **SENTRY INSURANCE GROUP**, on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said Defendant, **SENTRY**

Case 2:22-cv-00123-EEF-KWR Document 1-1 Filed 01/20/22 Page 5 of 12

2021-08869

N
Section 8

FILED
2021 OCT 29 P 02:43

CIVIL
DISTRICT COURT

INSURANCE GROUP, liable unto Petitioner with the other named Defendants.

9.

Petitioner, **CHRISTOPHER BROWN**, alleges that, on information and belief, Defendant, **USAA CASUALTY INSURANCE COMPANY**, issued a policy of Uninsured/Underinsured Motorist insurance policy to Petitioner which policy covers damages in excess of defendants' liability policy limits and said policies were in full force and effect on the date and at the time of the accident herein sued upon.

**WHEREFORE**, premises considered, Petitioner prays that a copy of this Petition be served upon the Defendants in the manner prescribed by law and that, after due proceedings are had and after all legal delays, there be judgment in favor of Petitioner, **CHRISTOPHER BROWN**, and against Defendants, **COLLIN BLAISE SHEPARD, BLACKWATER TURF, L.L.C., HORTICA INSURANCE COMPANY, FLORISTS' MUTUAL INSURANCE COMPANY, SENTRY INSURANCE GROUP AND USAA CASUALTY INSURANCE COMPANY**, individually, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest thereon, from date of judicial demand until paid, for all costs of these proceedings and for all other further relief to which Petitioner may be entitled.

Petitioner further reserves the right for a trial by jury and prays for all general and equitable relief.

Respectfully submitted,

**WRIGHT & GRAY, LLC**

*/s/ Alexandra Lamothe*
Eric A. Wright, LA Bar No. 26149
Daryl A. Gray, LA Bar No. 34225
Alexandra M. Lamothe, Bar No. 25749
201 St. Charles Avenue, Suite 2710
New Orleans, LA 70170
Telephone: 504-500-0000
Facsimile: 504-324-0445

*Attorneys for Plaintiff*

[PLEASE FIND SERVICE INFORMATION ON THE NEXT PAGE]

E-Filed

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2021-08869

N
Section 8

Case 2:22-cv-00123-EEF-KWR   Document 1-1   Filed 01/20/22   Page 6 of 12

FILED
2021 OCT 29  P 02:43
CIVIL
DISTRICT COURT

**PLEASE SERVE:**

**FLORISTS' MUTUAL INSURANCE COMPANY**
Through its registered agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**HORTICA INSURANCE COMPANY**
Through its registered agent:
1 Horticultural Lane, PO Box 428
Edwardsville, IL 62025

**SENTRY INSURANCE GROUP**
Through its registered agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**USAA CASUALTY INSURANCE COMPANY**
Through its registered agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**TO BE SERVED VIA LONG ARM STATUTE:**

**RODERICK J. JEMISON**
210 Toomsy Avenue
York, AL 35401

**BLACKWATER TURF, L.L.C.**
Through its registered agent:
Beau Wicks
5607 HWY 215 South
Tuscaloosa, AL 35403

**C CROSS TRANSPORT, INC.**
Through its registered agent:
Beau Wicks
6241 HWY 45 North
Waynesboro, MS 39367

ATTORNEY'S NAME: Lamothe, Alexandra 25749
AND ADDRESS: 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2301

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-08869        DIVISION: N        SECTION: 08

**BROWN, CHRISTOPHER**

Versus

**SHEPARD, COLLIN ET AL**

### CITATION

TO:  FLORISTS' MUTUAL INSURANCE COMPANY
THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 5, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Celeste Hunter, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON **FLORISTS' MUTUAL INSURANCE COMPANY** THROUGH: **ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE** Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER   RETURN / _____ / _____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON **FLORISTS' MUTUAL INSURANCE COMPANY** THROUGH: **ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **FLORISTS' MUTUAL INSURANCE COMPANY** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10806095                Page 1 of 1

ATTORNEY'S NAME: Lamothe, Alexandra 25749
AND ADDRESS: 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2301

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2021-08869 | DIVISION: N | SECTION: 08 |
|---|---|---|

### BROWN, CHRISTOPHER

### Versus

### SHEPARD, COLLIN ET AL

### CITATION - LONG ARM

TO: HORTICA INSURANCE COMPANY
THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT:
1 HORTICULTURAL LANE, PO BOX 428, EDWARDSVILLE, IL 62025

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 5, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Celeste Hunter, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON HORTICA INSURANCE COMPANY | ON HORTICA INSURANCE COMPANY |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HORTICA INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day No. _____ |
| _____ / ENTERED / _____ | |
| PAPER     RETURN | Deputy Sheriff of _____ |
| ___/___/___ | |
| SERIAL NO.  DEPUTY  PARISH | |

ID: 10806096                Page 1 of 1

ATTORNEY'S NAME: Lamothe, Alexandra 25749
AND ADDRESS: 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2301

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-08869     DIVISION: N     SECTION: 08

### BROWN, CHRISTOPHER

### Versus

### SHEPARD, COLLIN ET AL

## CITATION

TO:    SENTRY INSURANCE GROUP
THROUGH:    ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE
             8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 5, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans,
State of LA
by _____
Celeste Hunter, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON SENTRY INSURANCE GROUP | ON SENTRY INSURANCE GROUP |
| THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SENTRY INSURANCE GROUP** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ Mileage: $ _____ | Returned the same day _____ No. _____ |
| ____/ ENTERED /____ | Deputy Sheriff of _____ |
| PAPER      RETURN | |
| ____/____/____ | |
| SERIAL NO.  DEPUTY  PARISH | |

ID: 10806097          Page 1 of 1

ATTORNEY'S NAME: Lamothe, Alexandra 25749
AND ADDRESS: 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2301

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-08869  DIVISION: N  SECTION: 08

**BROWN, CHRISTOPHER**

Versus

**SHEPARD, COLLIN ET AL**

## CITATION - LONG ARM

TO: BLACKWATER TURF, L.L.C.
THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: BEAU WICKS
5607 HWY 215 SOUTH, TUSCALOOSA, AL 35403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 5, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Celeste Hunter, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON **BLACKWATER TURF, L.L.C.** THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: BEAU WICKS** Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER    RETURN ___/___/___ SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON **BLACKWATER TURF, L.L.C.** THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT: BEAU WICKS** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **BLACKWATER TURF, L.L.C.** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10806100                                       Page 1 of 1

ATTORNEY'S NAME: Lamothe, Alexandra 25749
AND ADDRESS: 1100 Poydras Street, Suite 2300, New Orleans, LA 70163-2301

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-08869     DIVISION: N     SECTION: 08

**BROWN, CHRISTOPHER**

Versus

**SHEPARD, COLLIN ET AL**

### CITATION

TO: USAA CASUALTY INSURANCE COMPANY
THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 5, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

**CHELSEY RICHARD NAPOLEON**, Clerk of The Civil District Court
for the Parish of Orleans
State of LA
by _____
Celeste Hunter, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON USAA CASUALTY INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE<br><br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>____ / ENTERED / ____<br>PAPER     RETURN<br>____ / ____ / ____<br>SERIAL NO.    DEPUTY    PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON USAA CASUALTY INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT: LOUISIANA SECRETARY OF STATE<br><br>by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **USAA CASUALTY INSURANCE COMPANY** being absent from the domicile at time of said service.<br><br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____ |

ID: 10806098       Page 1 of 1

FILED
2021 DEC 28 P 02:52
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2021-8869　　　　　　　　　　　　　　　　　　　　　　　　DIVISION "N-8"

CHRISTOPHER BROWN

VERSUS

COLLIN BLAISE SHEPARD, ET AL

FILED:_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## 15X MOTION FOR EXTENSION OF TIME

ON MOTION of Defendant, USAA Casualty Insurance Company, appearing through undersigned counsel, and on suggesting to the Court that counsel has just received a copy of the petition and, therefore, is unaware of any of the issues of law or fact; and accordingly, Defendant, USAA Casualty Insurance Company, desires an extension of time of thirty (30) days within which to prepare and file responsive pleadings including but not limited to responses to discovery. There have been no previous extensions of time requested by or granted to Defendant, USAA Casualty Insurance Company.

IT IS ORDERED BY THE COURT that the Defendant, USAA Casualty Insurance Company, be and is hereby granted an extension of time of thirty (30) days from the date of this order, within which to file responsive pleadings including but not limited to responses to discovery.

NEW ORLEANS, LOUISIANA, this _3d_ day of _January_, 2021. 2022

_____
JUDGE
ETHEL SIMMS JULIEN
JUDGE
Division "N"

Respectfully Submitted,
**SCHAFER & SCHAFER, L.L.P.**

BY:_____
**T. GREGORY SCHAFER, #24635**
Attorney for Defendant, USAA CIC
328 Lafayette Street
New Orleans, Louisiana 70130
Phone: (504) 522-0011, ext. 28
Fax: (504) 523-2795
E-Mail: gschafer@schafer-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by U.S. Mail on this 28th day of December, 2021.

_____
T. Gregory Schafer, #24635

RECEIVED
DEC 29 2021
DIVISION "N"

VERIFIED
Tracy Lafonta

E-Filed

VERIFIED

2021 DEC 28 P 03:26