UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER BROWN | CIVIL ACTION |
| VERSUS | NO. 22-123 |
| COLLIN BLAISE SHEPARD, ET AL | SECTION "L" (4) |

### RE-NOTICE OF PRELIMINARY CONFERENCE

**THE PRELIMINARY CONFERENCE** currently set for Tuesday, October 24, 2023, is **RESET** for WEDNESDAY, OCTOBER 25, 2023, at 11:30AM, **BY TELEPHONE,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**Please use the following information to call in for the conference:**
**Dial: 888-557-8511**
**Access code: 6655019**

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

New Orleans, Louisiana, this October 2, 2023.

>Dean Oser
>Case Manager, Section L
>504-589-7686

### NOTICE OF COMPLIANCE WITH FRCP 26(a)(1) and 26(f)

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f) AND THE CORPORATE DISCLOSURE REQUIREMENTS OF FRCP 7.1. COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

### NOTICE

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

## IMPORTANT NOTICE TO COUNSEL

**COUNSEL MUST PARTICIPATE IN THIS CONFERENCE.  A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? Written objections must be filed no later than 3 working days before the Preliminary Pretrial Conference is held.

4. Have the corporate parties filed their corporate disclosure statements?